1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           SOUTHERN DISTRICT OF CALIFORNIA
10

11   EDWARD ANDREW LONG,                    Case No.:  20cv1291-JLS(RBB)

12                          Petitioner,
                                            **ORDER REQUIRING RESPONSE**
13   v.                                     **FROM RESPONDENT**

14   MARCUS POLLARD, Warden,

15                          Respondent.

16

17          On November 30, 2020, Respondent Marcus Pollard, Warden, filed a Motion to

18   Dismiss Petition for Writ of Habeas Corpus on the basis that the Petition filed in this case

19   contains unexhausted claims pending before the California Supreme Court.  (See Resp't's

20   Mot. Dismiss 1, ECF No. 14.)  Alternatively, Respondent advised that he had no

21   opposition to Petitioner's previous request for a stay of federal proceedings, but requested

22   that Petitioner notify him and the Court, within thirty days, of the completion of his state

23   collateral proceedings.  (Id. Attach. #1, Mem. P. & A. 5.)  Respondent further requested

24   that he be permitted thirty days to file an Answer to the Petition upon notification of

25   completion of Petitioner's state collateral proceedings.  (Id.)  On February 1, 2021,

26   Petitioner filed an Opposition to Respondent's Motion to Dismiss, in which he indicates

27   that his two unexhausted claims "have come to a conclusion in the California Supreme

28   Court, as of January 13, 2021."  (Pet'r's Opp'n 2, ECF No. 18.)

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Based on the foregoing, the Court directs Respondent to notify the Court, on or before <u>February 16, 2021</u>, if he intends to file an Answer within thirty days of Petitioner's notification of completion of state collateral proceedings (i.e., by March 3, 2021) or if the Court should proceed with consideration of his Motion to Dismiss.

**IT IS SO ORDERED**.

Dated:  February 9, 2021

Ruben Brooks

Hon. Ruben B. Brooks
United States Magistrate Judge

20cv1291-JLS(RBB)